UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA PATTERSON<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK *et al.*,<br><br>Defendants. | 26 Civ. 5140 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On October 14, 2026, defendant filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by November 4, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by November 25, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by November 11. Defendant's reply, if any, shall be served by November 18.

[1] If defendant files a new motion to dismiss or relies on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 14, 2025
New York, New York